UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Matthew Kiman**

    **v.**        Case No. 01-cv-134-PB

**NH Department of Corrections,
et al.**

### O R D E R

I direct the clerk to assign this case to another judge.

SO ORDERED.

        /s/Paul Barbadoro
        Paul Barbadoro
        United States District Judge

June 28, 2006

cc:  Nancy Sue Tierney, Esq.
     Mary E. Maloney, Esq.