UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Matthew Kiman

    v.                                            Civil No. 01-cv-134-JD

NH Department of Corrections, et al.

**O R D E R**

At the status conference today, the court made the following rulings:

    1.   Defendant is to supply last known addresses of plaintiff's list of "inmate" witnesses and either produce for trial or provide last known addresses of "employee" witnesses.

    2.   Plaintiff is to provide medical record authorizations in the form edited by the court.

    3.   Trial is scheduled for February 20, 2008.

**SO ORDERED.**

                                                _/s/ James R. Muirhead_
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: October 2, 2007

cc:  Nancy Sue Tierney, Esq.
     Mary E. Maloney, Esq.