```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Matthew Kiman

    v.                              Civil No. 01-cv-134-JD

New Hampshire Department
of Corrections

                       Procedural Order

    In the order issued yesterday, March 10, 2008, at page ten, the court referred to ten years of litigation in this case. Suit was filed in April of 2001. Therefore, litigation in this case has continued for almost seven years, not ten years.

    SO ORDERED.

                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

March 11, 2008

cc:  Mary E. Maloney, Esquire
     Glenn A. Perlow, Esquire
     Nancy Sue Tierney, Esquire